**MICHAEL REDDIG, Atty. # 011678**
**P. O. Box 22143**
**FLAGSTAFF, ARIZONA 86002**
**(928) 774-9544**
**Fax (928) 774-2043**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| WILLIAM & ANNA CURRY, | ) | CASE NO. 3:16-bk-04881 DPC |
| | ) | |
| | ) | NOTICE OF SURRENDER OF 2007 |
| | ) | SUZUKI FOUR WHEEL A.T.V. |
| Debtor(s) | ) | |

 Debtors notify all creditors and interested parties of the surrender of a 2007 Suzuki four wheel a.t.v. to CAVALRY SPV I, LLC, successor in interest to Capital One. The bankruptcy stay is lifted as to this collateral. be Cavalry SPV I, LLC, will receive no distribution until that creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming it has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor.

 This is notice that debtor surrenders the following property:
  2007 Suzuki 4 wheel A.T.V.


DATED October 24, 2016


    _/s/ Michael Reddig /s/_
    Attorney for Debtors.